# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
Niemczura, Richard § Case No. 10-48284
Niemczura, Melissa §
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :

on Tuesday, February 14, 2012 at 10:30 a.m.
in Courtroom 742, U.S. Courthouse
219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____  By: Kenneth Gardner_____
                                     Clerk of Bankruptcy Court

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:    §
         §
Niemczura, Richard    §    Case No. 10-48284
Niemczura, Melissa    §
         §
        Debtor(s)    §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 4,000.04 |
| and approved disbursements of | $ | 5.10 |
| leaving a balance on hand of[1] | $ | 3,994.94 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi, Trustee | $ 1,000.00 | $ 0.00 | $ 1,000.00 |
| Attorney for Trustee Fees: Baldi Berg & Wallace, Ltd. | $ 1,054.00 | $ 0.00 | $ 1,054.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 2,054.00 |
| Remaining Balance | | $ | 1,940.94 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 78,955.54 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for | $ 356.49 | $ 0.00 | $ 8.76 |
| 000002 | Chase Bank USA, N.A. | $ 6,023.98 | $ 0.00 | $ 148.09 |
| 000003 | Chase Bank USA, N.A. | $ 22,489.20 | $ 0.00 | $ 552.85 |
| 000004 | Alex and Darlene Niemczura | $ 50,000.00 | $ 0.00 | $ 1,229.13 |
| 000005 | GE Money Bank | $ 85.87 | $ 0.00 | $ 2.11 |

Total to be paid to timely general unsecured creditors    $ 1,940.94

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ _____
        Joseph A. Baldi, Trustee

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                           United States Bankruptcy Court
                            Northern District of Illinois

In re:                                                     Case No. 10-48284-CAD
Richard Niemczura                                          Chapter 7
Melissa Niemczura
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: rmarola            Page 1 of 2         Date Rcvd: Jan 12, 2012
                              Form ID: pdf006          Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 14, 2012.
db/jdb        +Richard Niemczura,    Melissa Niemczura,    6326 N Olcott,   Chicago, IL 60631-1829
16344165      +ADT Security Services,    Box 371490,   Pittsburgh, PA 15250-7490
16344168      +AT&T,   Box 6414,   Carol Stream, IL 60197-6414
16344169      +AT&T Universal Card,    Processing Center,   Des Moines, IA 50363-0001
16344166      +Alex and Darlene Niemczura,    1350 Prospect Avenue,   Willow Springs, IL 60480-1357
16344167      +Allied Interstate,    Box 361774,   Columbus, OH 43236-1774
16344170      +Bank of America,    Box 851001,   Dallas, TX 75285-1001
16344173      +CLC Consumer Services Co.,    2730 Liberty Avenue,   Pittsburgh, PA 15222-4704
16344171      +Chase,   Box 15153,   Wilmington, DE 19886-5153
16992654       Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
16344172      +City of Chicago dept of water,    Box 6330,   Chicago, IL 60680-6330
16344174      +Codilis and Associates,    15W030 North Frontage Road,   Burr Ridge, IL 60527-6921
16344175      +Comcast,   Box 3002,   Southeastern, PA 19398-3002
16344176      +Etrade,   2730 Liberty Ave,    Pittsburgh, PA 15222-4704
16344178      +Jeffrey Strange,    717 Ridge,   Wilmette, IL 60091-2486
16344179      +NCO Financial Systems,    Box 15270, Dept. 55,   Wilmington, DE 19850-5270
16344182      +Northwestern Memorial Hospital,    251 East Huron,   Chicago, IL 60611-3232
16344183     #+Target National Bank,    Box 59317,   Minneapolis, MN 55459-0317
16344184      +Tnb - Target,   Po Box 673,    Minneapolis, MN 55440-0673
16344185      +Town and Country Pediatrics,    1460 North Halsted Street,    Suite 402,   Chicago, IL 60642-2607
16344186      +Unvl/citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
16344187      +Walgreens Specialty Pharmacy,    15358 Collect Ctr. Dr.,   Chicago, IL 60693-0100
16344188      +Wells Fargo Bank, N.A.,    C/O Pierce and Associates,   1 North Dearborn, Suite 1300,
                Chicago, IL 60602-4321

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16895489       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 13 2012 03:17:26
                American InfoSource LP as agent for,   Target,   PO Box 248866,   Oklahoma City, OK 73124-8866
16344177      +E-mail/PDF: gecsedi@recoverycorp.com Jan 13 2012 03:30:38      GAP,   Box 960017,
                Orlando, FL 32896-0017
17306774       E-mail/PDF: gecsedi@recoverycorp.com Jan 13 2012 03:17:32      GE Money Bank,
                c/o Recovery Management Systems Corporat,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
                                                                                                TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16344181*     +Melissa Niemczura,   6326 N. Olcott,    Chicago, IL 60631-1829
16344180*     +Richard Niemczura,   6326 N. Olcott,    Chicago, IL 60631-1829
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 14, 2012**          **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1          User: rmarola               Page 2 of 2                  Date Rcvd: Jan 12, 2012
                              Form ID: pdf006             Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2012 at the address(es) listed below:

```
          Jeffrey  Strange    on behalf of Debtor Richard Niemczura jstrangelaw@aol.com,
           william.georgakis@gmail.com
          Joel P Fonferko    on behalf of Creditor   Banc of America Funding Corporation ND-Two@il.cslegal.com
          Joseph A Baldi    jabaldi@baldiberg.com,   jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
          Joseph A Baldi    on behalf of Trustee Joseph Baldi jabaldi@baldiberg.com,
           jabaldi@ameritech.net;jmanola@baldiberg.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Yanick  Polycarpe    on behalf of Creditor   Wells Fargo Bank, N.A. ypolycarpe@atty-pierce.com,
           northerndistrict@atty-pierce.com
                                                                                             TOTAL: 6
```