UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
Niemczura, Richard § Case No. 10-48284
Niemczura, Melissa §
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ (see **Exhibit 2**), yielded net receipts of $ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Joseph A. Baldi, Trustee_____
                                                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Creditor # : 1 Bank of America Box 851001 Dallas TX 75285 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 2 City of Chicago dept of water Box 6330 Chicago IL 60680 | | | | | |
| | Creditor # : 3 E*trade 2730 Liberty Ave Pittsburgh PA 15222 | | | | | |
| | Creditor # : 4 Wells Fargo Bank, N.A. C/O Pierce and Associates 1 North Dearborn, Suite 1300 Chicago IL 60602 | | | | | |
| | Representing: Bank of America | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| Bank of America, N.A. | | | | | |
| BALDI BERG & WALLACE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

Case 10-48284    Doc 46    Filed 06/28/12    Entered 06/28/12 15:24:15    Desc Main
                              Document      Page 5 of 11

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :1 ADT Security Services Box 371490 Pittsburgh PA 15250 | | | | | |
| | Creditor # :11 NCO Financial Systems Box 15270, Dept. 55 Wilmington DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :12 Northwestern Memorial Hospital 251 East Huron Chicago IL 60611 | | | | | |
| | Creditor # :13 Target National Bank Box 59317 Minneapolis MN 55459 | | | | | |
| | Creditor # :15 Town and Country Pediatrics 1460 North Halsted Street Suite 402 Chicago IL 60602 | | | | | |
| | Creditor # :16 Unvl/citi Po Box 6241 Sioux Falls SD 57117 | | | | | |
| | Creditor # :17 Walgreens Specialty Pharmacy 15358 Collect Ctr. Dr. Chicago IL 60693 | | | | | |
| | Creditor # :3 Allied Interstate Box 361774 Columbus OH 43236 | | | | | |
| | Creditor # :4 AT&T Box 6414 Carol Stream IL 60197 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :5 AT&T Universal Card Processing Center Des Moines IA 50363 | | | | | |
| | Creditor # :8 CLC Consumer Services Co. 2730 Liberty Avenue Pittsburgh PA 15222 | | | | | |
| | Creditor # :9 Comcast Box 3002 Southeastern PA 19398 | | | | | |
| 000004 | ALEX AND DARLENE NIEMCZURA | | | | | |
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000002 | CHASE BANK USA, N.A. | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |
| 000005 | GE MONEY BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1 - RICHARD & MELISSA NIEMCZURA
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-48284 | CAD | Judge: Carol A. Doyle | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | Niemczura, Richard | | | Date Filed (f) or Converted (c): | 10/28/10 (f) |
| | Niemczura, Melissa | | | 341(a) Meeting Date: | 12/20/10 |
| For Period Ending: | 06/07/12 | | | Claims Bar Date: | 05/31/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2913 North Kostner Avenue, Chicago, IL | 156,000.00 | 0.00 | | 0.00 | FA |
| 2. 973 Willow Road Winnetka IL | 0.00 | 0.00 | | 0.00 | FA |
| 3. Checking account held by Chase Location: In debtor | 800.00 | 0.00 | | 0.00 | FA |
| 4. Miscellaneous depreciated household goods and furn | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Wearing apparel Location: In debtor's possession | 400.00 | 0.00 | | 0.00 | FA |
| 6. Roth IRA held by JP Morgan Asset Management Locati | 4,560.27 | 0.00 | | 0.00 | FA |
| 7. 5% Share in Imaging Centers, S corporation Locatio | 0.00 | 0.00 | | 0.00 | FA |
| 8. 2004 Honda Accord with 42,000 miles Location: In d | 9,000.00 | 1,800.00 | | 1,800.00 | FA |
| 9. Ford Expedition with 81,000 miles Location: In deb | 7,000.00 | 2,200.00 | | 2,200.00 | FA |
| 10. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.10 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $178,760.27 | $4,000.00 | | $4,000.10 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee negotiated with Debtor for sale of equity in cars; Trustee investigating potential tax refund; Trustee reviewed
claims; TFR filed; final hearing scheduled 2/14/12

Initial Projected Date of Final Report (TFR): 01/01/12      Current Projected Date of Final Report (TFR): 01/31/12

LFORM1                                                                                                                Ver: 16.06b
**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

FORM 2 - RICHARD & MELISSA NIEMCZURA

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-48284 -CAD | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | Niemczura, Richard | Bank Name: | Bank of America, N.A. |
| | Niemczura, Melissa | Account Number / CD #: | *******7330 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6413 | | |
| For Period Ending: | 06/07/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/16/11 | 8, 9 | Hilda Qadri | SALE PROCEEDS: VEHICLES | 1129-000 | 4,000.00 | | 4,000.00 |
| | | 2925 N. Kostner Ave. | | | | | |
| | | Chicago, IL 60641-5348 | | | | | |
| 09/30/11 | 10 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 4,000.01 |
| 10/31/11 | 10 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 4,000.04 |
| 10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 5.10 | 3,994.94 |
| 11/30/11 | 10 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,994.97 |
| 12/29/11 | 10 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 3,995.00 |
| 12/29/11 | | Transfer to Acct #*******2764 | Bank Funds Transfer | 9999-000 | | 3,995.00 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 4,000.10 | 4,000.10 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 3,995.00 | |
| Subtotal | 4,000.10 | 5.10 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 4,000.10 | 5.10 | |

Page Subtotals 4,000.10 4,000.10

Ver: 16.06b

FORM 2 — RICHARD & MELISSA NIEMCZURA

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit 9

| Case No: | 10-48284 -CAD | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | Niemczura, Richard | Bank Name: | Congressional Bank |
|  | Niemczura, Melissa | Account Number / CD #: | *******2764 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6413 |  |  |
| For Period Ending: | 06/07/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 12/29/11 |  | Transfer from Acct #*******7330 | Bank Funds Transfer | 9999-000 | 3,995.00 |  | 3,995.00 |
| 02/07/12 | 001001 | International Sureties<br>701 Poydras Street #420<br>New Orleans, LA 70139 | TRUSTEE BOND NO. 016026455 | 2300-000 |  | 3.16 | 3,991.84 |
| 02/22/12 | 001002 | JOSEPH A. BALDI , as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois 60603 | Trustee Compensation | 2100-000 |  | 1,000.00 | 2,991.84 |
| 02/22/12 | 001003 | Baldi Berg & Wallace, Ltd.<br>19 S. LaSalle St.<br>Suite 1500<br>Chicago, IL 60603 | Attorney for Trustee Fees (Trustee | 3110-000 |  | 1,054.00 | 1,937.84 |
| 02/22/12 | 001004 | American InfoSource LP as agent for<br>Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Claim 000001, Payment 2.45% | 7100-000 |  | 8.75 | 1,929.09 |
| 02/22/12 | 001005 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000002, Payment 2.45% | 7100-000 |  | 147.85 | 1,781.24 |
| 02/22/12 | 001006 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000003, Payment 2.45% | 7100-000 |  | 551.96 | 1,229.28 |
| 02/22/12 | 001007 | Alex and Darlene Niemczura<br>1350 Prospect Avenue<br>Willow Springs, IL 60480 | Claim 000004, Payment 2.45% | 7100-000 |  | 1,227.17 | 2.11 |
| 02/22/12 | 001008 | United States Bankruptcy Court<br>219 South Dearborn<br>Courtroom 613<br>Chicago, IL 60604 | Claim 000005, Payment 2.46%<br>GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120 | 7100-000 |  | 2.11 | 0.00 |
|  |  |  | Page Subtotals | | 3,995.00 | 3,995.00 | |

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2 - RICHARD & MELISSA NIEMCZURA

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 10-48284 -CAD | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | Niemczura, Richard | Bank Name: | Congressional Bank |
| | Niemczura, Melissa | Account Number / CD #: | *******2764 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6413 | | |
| For Period Ending: | 06/07/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Miami FL 33131-1605 | | | | |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 3,995.00 | 3,995.00 | 0.00 |
| Less: Bank Transfers/CD's | 3,995.00 | 0.00 | |
| Subtotal | 0.00 | 3,995.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 3,995.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********7330 | 4,000.10 | 5.10 | 0.00 |
| Checking Account (Non-Interest Earn - ********2764 | 0.00 | 3,995.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 4,000.10 | 4,000.10 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*